# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JUSTIN KEN TAISIPIC<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **1:17CR00027-001 LJO**<br><br>Erin Snider<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]   admitted guilt to violation of charges 1, 2, 3, 4, and 5  as alleged in the violation petition filed on 02/03/2017.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| **Violation Number** | **Nature of Violation** | **Date of Violation Occurred** |
|---|---|---|
| Charge 1 | TESTED POSITIVE FOR METHAMPHETAMINE | September 27, 2016 |
| Charge 2 | FAILED TO NOTIFY THE PROBATION OFFICER OF A CHANGE IN RESIDENCE | September 2016 |
| Charge 3 | FAILED TO REPORT FOR A DRUG TEST | October 8, 2016 |
| Charge 4 | COMMITTED A CRIME TO WIT: RESISTING ARREST IN VIOLATION OF CALIFORNIA PENAL CODE 148(a)(1); EVADING A PEACE OFFICER IN VIOLATION OF CALIFORNIA PENAL CODE 2800.1(a) | November 21, 2016 |
| Charge 5 | ASSOCIATED WITH A CONVICTED KNOWN FELON WITHOUT AUTHORIZATION FROM PROBATION OFFICER | November 21, 2016 |

The court: [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on April 8, 2015.

The defendant is sentenced as provided in pages 1 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]   Appeal rights given.
[✔]   **Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

March 20, 2017
Date of Imposition of Sentence

/s/ Lawrence J. O'Neill
Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States District Judge
Name & Title of Judicial Officer

March 22, 2017
Date

CASE NUMBER:     1:17CR00027-001 LJO                                        Judgment - Page 2 of 2
DEFENDANT:     JUSTIN KEN TAISIPIC

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 Months.

[**X**]     No TSR: Defendant shall cooperate in the collection of DNA.

[X]     The court makes the following recommendations to the Bureau of Prisons: Mendota, CA; Atwater; CA; or CA

[X]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                                                                      UNITED STATES MARSHAL

                                                               By _____
                                                                                       Deputy U.S. Marshal